UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>**Defendant.** | **Lead Case No. 2:23-cv-00585-JRG-RSP**<br><br>**Consolidated Case No. 2:24-cv-00046-JRG-RSP** |
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>**Defendant.** | |

## ORDER ON OPPOSITION TO MOTION TO DISMISS FOR IMPROPER SERVICE AND MOTION FOR ALTERNATE SERVICE

Good cause appearing the Court hereby GRANTS Plaintiff Display Technologies, LLC motion for Alternative Service. As such, the Court DENIES as moot Defendant's motion to dismiss for ineffective service of process.

The Court finds that Defendant has actual knowledge of the complaint in this case, and given the interactions since at least February of 2024, deems that service made on Defendant's counsel of record already made by Plaintiff on or about April 19, 2024, sufficient alternative service under Rule 4(f)(3).