# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>v.<br><br>ROCHE DIABETES CARE, LTD. | CASE NO. 2:23-cv-00585-JRG-RSP<br>(Lead Case) |
| DISPLAY TECHNOLOGIES, LLC<br><br>v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO LTD. | CASE NO. 2:24-cv-00046-JRG-RSP<br>(Member Case) |
| DISPLAY TECHNOLOGIES, LLC<br><br>v.<br><br>VIVINT, INC. | CASE NO. 2:24-cv-0098-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Pursuant to the Court's Standing Order, Plaintiff Display Technologies, LLC and Defendant Vivint Inc. (the "Parties") jointly notify the Court that all matters in controversy between the Parties have been settled in principle and move to stay all deadlines. The Parties request that the Court stay for 28 days all unreached deadlines, including Vivint's deadline to

1

respond to the Complaint and entry of a Docket Control Order, so that the Plaintiff may file dismissal papers.

For purposes of clarity, this Joint Motion to Stay applies only to Case No. 2:24-cv-0098 (*Display Tech. v. Vivint*). All deadlines in Case No. 2:24-cv-00046-JRG (*Display Tech. v. Wondershare Tech.*) and Case No. 2:24-cv-00098 (*Display Tech. v. Roche Diabetes Care*) remain unaffected.

DATED: April 22, 2024          Respectfully submitted,

By: */s/ David A. Nelson*

Andy Tindel (Texas Bar No. 20054500)
**MT2 Law Group**
122 W. Line Street, Suite 304
Tyler, Texas 75702
(903) 596-0900
atindel@andytindel.com

David A. Nelson
**Quinn Emanuel Urquhart & Sullivan, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
davidnelson@quinnemanuel.com

*Counsel for Defendant Vivint, Inc.*

*/s/ Randall T. Garteiser*

Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Counsel for Plaintiff Display Technologies, LLC.*

## CERTIFICATE OF CONFERENCE

Counsel for both parties conferred on April 22, 2024 and agree with the motion set forth.

>*/s/ David A. Nelson*
>David A. Nelson
>IL Bar No. 6209623

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

>*/s/ David A. Nelson*
>David A. Nelson
>IL Bar No. 6209623