UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-585

Name of party requesting extension: Roche Diabetes Care, Ltd.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/2/2024

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  7  days

New Deadline Date: 5/8/2024     *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Aaron P. Pirouznia

State Bar No.: 24098958

Firm Name: Fish & Richardson P.C.

Address: 1717 Main Street
Suite 5000
Dallas, Texas 75201

Phone: 214-747-5070

Fax:  214-747-2091

Email: pirouznia@fr.com

A certificate of conference does not need to be filed with this unopposed application.