# EXHIBIT 3



## 510(k) Premarket Notification

New Search                                                                                                   Back To Search Results

| | |
|---|---|
| **Device Classification Name** | system, test, blood glucose, over the counter[22] |
| **510(k) Number** | K181131 |
| **Device Name** | Accu-Chek Guide Me Blood Glucose Monitoring System |
| **Applicant** | Roche Diabetes Care<br>9115 Hague Road<br>Indianapolis, IN  46250 |
| **Applicant Contact** | Ginger Emrich |
| **Correspondent** | Roche Diabetes Care<br>9115 Hague Road<br>Indianapolis, IN  46250 |
| **Correspondent Contact** | Ginger Emrich |
| **Regulation Number** | 862.1345[23] |
| **Classification Product Code** | NBW[24] |
| **Date Received** | 04/30/2018 |
| **Decision Date** | 12/13/2018 |
| **Decision** | Substantially Equivalent (SESE) |
| **Regulation Medical Specialty** | Clinical Chemistry |
| **510k Review Panel** | Clinical Chemistry |
| **Summary** | Summary[25] |
| **FDA Review** | Decision Summary[26] |
| **Type** | Special |
| **Reviewed by Third Party** | No |
| **Combination Product** | No |

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=NBW
23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=862.1345
24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=NBW
25. https://www.accessdata.fda.gov/cdrh_docs/pdf18/K181131.pdf
26. https://www.accessdata.fda.gov/cdrh_docs/reviews/K181131.pdf

Page Last Updated: 05/06/2024

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisye | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive Vulnerability Disclosure Policy



**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=NBW
23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=862.1345
24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=NBW
25. https://www.accessdata.fda.gov/cdrh_docs/pdf18/K181131.pdf
26. https://www.accessdata.fda.gov/cdrh_docs/reviews/K181131.pdf