# EXHIBIT 7

# Blood Glucose Meters



For more than 40 years Accu-Chek, a leading diabetes care brand from Roche, has been recognised for…

Blood Glucose Meters

For more than 40 years Accu-Chek, a leading diabetes care brand from Roche, has been recognised for quality and innovation worldwide. Roche Diabetes Care has been a pioneer in the development of blood glucose meter systems and a global leader for diabetes management devices and services.



## Accu-Chek
### Instant

The Accu-Chek Instant system makes testing easy and understanding your results simple.

Available in the United Kingdom and

**LEARN MORE ⟩(/BLOOD-GLUCOSE-METERS/INSTANT)**



## Accu-Chek
### Mobile

The Accu-Chek Mobile meter is no longer available in the United Kingdom and Republic of Ireland.

However, we want to

**LEARN MORE ⟩(/BLOOD-GLUCOSE-METERS/MOBILE)**



# Accu-Chek
## Performa

The Accu-Chek Performa meter is no longer available in the United Kingdom and Republic of Ireland.

However, we want to

**LEARN MORE  ⟩(/BLOOD-GLUCOSE-METERS/PERFORMA)**

This website contains information on products which are targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any valid legal process, regulation, registration or usage in the country of your origin.

© 2024 Roche Diabetes Care Limited. All rights reserved.

All other product names and trademarks are property of their respective owners.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc., and any use of such marks by Roche is under license.