# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>Defendant. | Case No. 2:23-cv-00585-JRG-RSP<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM

Before the Court is Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.