IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | Case No. 2:23-cv-00585-JRG-RSP |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **ROCHE DIABETES CARE, LTD.,** | |
| Defendant. | |

**DEFENDANT ROCHE DIABETES CARE, LTD.'S
CORPORATE DISCLOSURE STATEMENT**

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Roche Diabetes Care Limited ("RDC Limited") states that it is not aware of any legal entity under the name of "Roche Diabetes Care, Ltd." RDC Limited is a wholly owned subsidiary of Roche Holding (UK) Limited, registered in the UK. Roche Holding (UK) Limited is wholly owned by Roche Holding Ltd, registered in Switzerland. No other publicly held corporation owns 10% or more of RDC Limited's stock.

1

Dated: May 8, 2024

Respectfully submitted,

By: */s/ Aaron P. Pirouznia*
Terry J. Stalford
Texas Bar No. 24011686
stalford@fr.com
Aaron P. Pirouznia
Texas Bar No. 24098958
pirouznia@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Alexander H. Martin
Texas Bar No. 24091828
martin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070

**COUNSEL FOR DEFENDANT
ROCHE DIABETES CARE, LIMITED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 8, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Aaron P. Pirouznia*
Aaron P. Pirouznia

2