**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**DISPLAY TECHNOLOGIES, LLC,**

      **Plaintiff,**

    **v.**

**VIVINT, INC.,**
          **Defendant.**

**CIVIL ACTION NO. 2:24-cv-98**

LEAD CASE NO. 2:23-cv-585

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Display Technologies, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Vivint, Inc. pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  May 10, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Notice, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Friday, May 10, 2024.

*/s/ Randall Garteiser*
Randall Garteiser