## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00046-JRG-RSP

Plaintiff:
**Display Technologies, LLC**

vs.

Defendant:
**Wondershare Technology Group Co LTD**

For:
Garteiser Honea, PLLC
119 W. Ferguson St.
Tyler, TX 75702

Received by Candace Faye Humphreys on the 22nd day of March, 2024 at 5:29 pm to be served on **Wondershare Technology Group Co Ltd by serving through the Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Candace Faye Humphreys, being duly sworn, depose and say that on the **25th day of March, 2024** at **3:08 pm, I:**

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Summons in a Civil Action and Complaint** with the date of delivery endorsed thereon by me, to: **Minerva Barnhart** at **1019 Brazos Street, Austin, Travis County, TX 78701**, as the designated agent for the **Texas Secretary of State** to accept delivery of process on behalf of **Wondershare Technology Group Co Ltd**. An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 26th day of March, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Candace Faye Humphreys**
PSC-23879, Exp. 2/28/2026
Date: 03/26/2024

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2024003795
Ref: Display Technologies v Wondershare