

About    Newsroom    Founder's Speech    Global Presence    Careers    Contact us

# Our Global Presence

We have 6 offices and more than 1,200 employees worldwide.



### Vancouver, Canada

Address: 200-4445 Lougheed Hwy, Burnaby, BC Canada, V5C 0E4.



### Beijing, China

Address: 20th Floor, Building 8, South Side of Time International, Chaoyang District.



### Changsha, China

Address: Changsha Zhongdian Software Park Headquarters Building, 9th Floor, No. 39 Jianshan Road, High-tech Development District.



### Shenzhen, China

Address: 10th floor, 5D, Shenzhen Software Industrial Base, Haitian 2nd Rd, Nanshan District.



### Tokyo, Japan

Address: The Portal Akihabara 3F, 2-10-9, Higashikanda, Chiyoda-ku, Tokyo, 101-0031.



| Hero Products |
| Wondershare |
| Help Center |
| Group member |



English

Terms and Conditions   Privacy   Cookies   License Agreement   Refund Policy   Uninstall

Copyright © 2024 Wondershare. All rights reserved. The order process, tax issue, and invoicing to end users are conducted by Wondershare Technology Group Co., Ltd.