https://www.fedex.com/fedextrack/?trknbr=273585564443&trkqual=2460419000~273585564443~FX       May 9, 2024



Randall  

 **Learn** about FedEx services impacted by severe weather at our Memphis hub.

**FedEx® Tracking**          Track Another Shipment     Local Scan Time ˅     Help



**DELIVERY DETAILS**

We'll add a delivery date as soon as your package starts moving.

**DELAYED**

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | **SUBMIT** |

✖ Your email is a required field.

**MORE OPTIONS**

**DELIVERY STATUS**

Delivery exception 

**ACTION REQUIRED**

Direct signature required 

**TRACKING ID**

273585564443

**FROM**
GARTEISER HONEA
119 W FERGUSON ST
TYLER, TX US 75702
9032298800

Label Created
4/18/24 12:29 PM

TYLER, TX
4/18/24 6:16 PM

 **DELIVERY EXCEPTION**
BURNABY, BC
5/6/24 11:40 AM

**OUT FOR DELIVERY**
BURNABY, BC
4/19/24 10:36 AM

**TO**
WONDERSHARE TECH
GROUP CO LTD
200-4445 LOUGHEED HWY
BURNABY, BC CA V5C0E4
888888888888888

↓ View travel history

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCL |

# Shipment facts

## 📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 273585564443 |
| **CUSTOMER EXCEPTION REQUEST NUMBER (CER)** | 0423C-146735634 |
| **SHIP DATE** ⓘ | 4/18/24 |
| **STANDARD TRANSIT** ⓘ | 4/19/24 before 12:00 PM |

## 🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx International Priority Express |
| **TERMS** | Third Party |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Direct Signature Required |
| **SIGNATURE SERVICES** ⓘ | Direct signature required |

## ⚖️ Package details

| | |
|---|---|
| **WEIGHT** | 0.2 lbs / 0.09 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.2 lbs / 0.09 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to top

## Travel history

**SORT BY DATE/TIME:** Ascending
**TIME ZONE:** Local Scan Time

**Thursday, 4/18/24**

12:29 PM
Shipment information sent to FedEx

12:30 PM
Picked up
At FedEx Office
TYLER, TX

12:42 PM
Shipment arriving On-Time
TYLER, TX

6:16 PM
Picked up
TYLER, TX

7:02 PM
Left FedEx origin facility
TYLER, TX

10:59 PM

**Arrived at FedEx hub**
MEMPHIS, TN

Friday, 4/19/24

4:33 AM

**Departed FedEx hub**
MEMPHIS, TN

5:12 AM

**On the way**
MEMPHIS, TN

7:02 AM

**At destination sort facility**
VANCOUVER, BC

7:41 AM

**International shipment release - Import**
RICHMOND, BC

8:23 AM

**At local FedEx facility**
RICHMOND, BC

10:04 AM

**At local FedEx facility**
BURNABY, BC

10:34 AM

**On FedEx vehicle for delivery**
BURNABY, BC

10:36 AM

**On FedEx vehicle for delivery**
BURNABY, BC

10:36 AM

**At local FedEx facility**
BURNABY, BC

10:48 AM

**Delivery exception**
Delivery was refused by the recipient
BURNABY, BC

10:52 AM

**Delay**
Package delayed
BURNABY, BC

4:55 PM

**At local FedEx facility**
BURNABY, BC

| Monday, 4/22/24 | 10:12 AM |
| --- | --- |
| | **At local FedEx facility** <br> BURNABY, BC |
| | 10:20 AM |
| | **Delay** <br> Package delayed <br> BURNABY, BC |
| Tuesday, 4/23/24 | 7:34 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| Wednesday, 4/24/24 | 10:45 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| Friday, 4/26/24 | 10:37 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| Monday, 4/29/24 | 10:42 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| Wednesday, 5/1/24 | 7:21 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| | 7:23 AM |
| | **Delay** <br> Package delayed <br> BURNABY, BC |
| Thursday, 5/2/24 | 10:40 AM |
| | **At local FedEx facility** <br> BURNABY, BC |
| | 10:41 AM |
| | **Delay** <br> Package delayed <br> BURNABY, BC |
| Monday, 5/6/24 | 7:26 AM |
| | **At local FedEx facility** <br> BURNABY, BC |

7:27 AM

**Delay**
Package delayed
BURNABY, BC

11:40 AM

**Returning package to shipper**
Return tracking number  776254215328
BURNABY, BC

↑ Back to top

# My Shipments

**All (3)**  |  Inbound (1)  |  Outbound (0)  |  Watch list (2)

| TRACKING ID | STATUS | SCHEDULED DELIVERY DATE | DATE DELIVERED | SHIPPER NAME | RECIPIENT NAME |
|---|---|---|---|---|---|
| 273585564443 | ⚠ Delivery exception | Will be updated soon | | | WONDER TECH GR |
| 272931195262 | ✓ Delivered | | 4/3/24 | | Jeffrey P. |
| 776254215328 | ✓ Delivered | | 5/7/24 | YBYA TRACE | GARTEISI |

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

FOLLOW FEDEX      

© FedEx 1995-2024                              Site Map  |  Terms of Use  |  Privacy & Security