IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>      Defendant. | **Lead Case: 2:23-cv-00585-JRG-RSP**<br><br>Consolidated Case: 2:24-cv-00046-JRG-RSP<br><br>**Jury Trial Demanded** |
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>      Defendant. | Consolidated Case: 2:24-cv-00046-JRG-RSP |

## **DECLARATION OF RANDALL T. GARTEISER**

I, Randall T. Garteiser, declare as follows:

      1.     I am a partner at the law firm of Garteiser Honea, PLLC, based in Tyler, Texas. Garteiser Honea represents Display Technologies, LLC ("Display Technologies") in this lawsuit. I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

      2.     Attached hereto as **Exhibit A** is a true and correct copy of an email exchange, I had with Wondershare's Counsel.  Wondershare never agreed to a waiver service of process and is instead forcing Plaintiff incur additional costs to perfect service.

      3.      Plaintiff will suffer undue harm if this consolidated case is delayed due to Wondershare avoiding service at its office in Canada.

I declare, on **May 10, 2024**, in Smith County, Texas and under penalty of perjury under the laws of the United States and Texas, that the statements made in this declaration are true and correct.

Dated: May 10, 2024                                           /s/ Randall T. Garteiser
                                                                         Randall T. Garteiser