4/18/24, 2:35 PM                    webmail.aplus.net - RE: Waiver of Service of Process - Display Technologies, LLC v. Wondershare Technology Group Co Ltd., Case: 2:24-cv-00046.e…

Case 2:23-cv-00585-JRG-RSP   Document 24-6   Filed 05/14/24   Page 1 of 1 PageID #: 873

# RE: Waiver of Service of Process - Display Technologies, LLC v. Wondershare Technology Group Co Ltd., Case: 2:24-cv-00046

| | |
|---|---|
| From: | "Ghavimi, Darlene F." <Darlene.Ghavimi@klgates.com> |
| Date: | 03/28/2024 16:41 |
| To: | Randall Garteiser <rgarteiser@ghiplaw.com> |
| Cc: | "chonea@ghiplaw.com" <chonea@ghiplaw.com>, Scott Fuller <sfuller@ghiplaw.com>, "Lucas, Aleighse M." <Aleighse.Lucas@klgates.com>, Colin Jensen <cjensen@ghiplaw.com>, "Garteiser Honea Patent Asset Management Team" <ghpam@ghiplaw.com> |

Randall,
You called my office line and it should have given you the option to leave a message.  I will check with IT.  I am working from home today and tomorrow.  I have conveyed your message to my client and will respond when I have an answer.  Please understand the time difference may delay the answer.
Thanks,
Darlene

**From:** Randall Garteiser <rgarteiser@ghiplaw.com>
**Sent:** Thursday, March 28, 2024 4:07 PM
**To:** Ghavimi, Darlene F. <Darlene.Ghavimi@klgates.com>
**Cc:** chonea@ghiplaw.com; Scott Fuller <sfuller@ghiplaw.com>; Lucas, Aleighse M. <Aleighse.Lucas@klgates.com>; Colin Jensen <cjensen@ghiplaw.com>; Garteiser Honea Patent Asset Management Team <ghpam@ghiplaw.com>
**Subject:** Waiver of Service of Process - Display Technologies, LLC v. Wondershare Technology Group Co Ltd., Case: 2:24-cv-00046

Ms. Ghavimi:

On behalf of Display Technologies, I attempted to call you.  And when I did at you phone number 512.482.6919 it rang about 3 times and then just hung up.  Is there a better number to reach you at?

Separately, we looked at your client's motion under Rule 12. Our process server apologized to us as he was supposed to serve the Secretary of State and failed to do so.  Appreciate you bringing to this to our attention, but next time just reach out and let us know about the issue.

Will Wondershare agree to waive service for a 60 or 90 day extension under Rule 4.


Be well,
Randall Garteiser
415.568.0553

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Darlene.Ghavimi@klgates.com.