UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>  Defendant.<br><br>**DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>  Defendant. | Lead Case No. 2:23-cv-00585-JRG-RSP<br><br>Consolidated Case No. 2:24-cv-00046-JRG-RSP<br><br>[Concurrently filed with supporting declarations of Colin R. Jensen and Randall Garteiser] |

**OPPOSITION TO OPPOSED MOTON FOR A HEARING DATE, OR IN THE ALTERNATIVE, TO STAY SCHEDULING CONFERENCE [DKT. 18]**

Now comes Plaintiff filing its Opposition to Defendant Wondershare's motion for a hearing date on its motion to dismiss. Wondershare's motion is moot should the Court grant Plaintiff's motion for alternative service filed with its opposition to Wondershare's motion to dismiss. Dkt. 14.

Defendant appears to move for a hearing on its motion to dismiss for improper service. Plaintiff attempted to work with Defendant to waive service of process in exchange for a. 90 day extension. Defendant refused. Now, Plaintiff simply asks the Court to grant its motion for alternative service under Rule 4(f)(3). Dkt. 14.

Separately, the Court should deny Defendant Wondershare's alternative relief to stay the litigation as Defendant provides no precedent to do so. Defendant's motion fails to address the undue harm staying this case, which is consolidated, would have on Plaintiff.

Respectfully Submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 284-5200

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 11, 2024.

/s/ Randall Garteiser
Randall Garteiser