UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>  Defendant.<br><br><br>**DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>  Defendant. | Lead Case No. 2:23-cv-00585-JRG-RSP<br><br>Consolidated Case No. 2:24-cv-00046-JRG-RSP<br><br>[Concurrently filed with supporting declarations of Colin R. Jensen and Randall Garteiser] |

**ORDER REGARDING WONDERSHARE'S MOTON FOR A HEARING DATE [DKT. 18]**

Wondershare's motion is moot in view of the Court granting Plaintiff's motion for alternative service [Dkt. 14] filed with its opposition to Wondershare's motion to dismiss.