# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCHE DIABETES CARE, LTD.,<br><br>　　　　Defendant. | Lead Case No. 2:23-cv-00585-JRG-RSP |
| DISPLAY TECHNOLOGIES, LLC<br>　　　　Plaintiff,<br><br>　　v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO LTD.,<br><br>　　　　Defendant. | Consolidated Case No. 2:24-cv-00046-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT WONDERSHARE TECHNOLOGY GROUP CO LTD.

The undersigned attorney, Matthew A. Blair, hereby enters a Notice of Appearance as counsel of record on behalf of Defendant, Wondershare Technology Group CO LTD., in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above referenced captioned matter on behalf of the aforementioned parties.

Dated: May 15, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Matthew A. Blair
　　　　　　　　　　　　　　　　　　　　Mathew A. Blair
　　　　　　　　　　　　　　　　　　　　TX Bar No. 24109648
　　　　　　　　　　　　　　　　　　　　**K&L GATES LLP**
　　　　　　　　　　　　　　　　　　　　2801 Via Fortuna, Suite #650
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
　　　　　　　　　　　　　　　　　　　　T: (512) 482-6851

3

Matthew.Blair@klgates.com

**ATTORNEY FOR DEFENDANT WONDERSHARE TECHNOLOGY GROUP CO LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF filing system. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 15th day of May, 2024.

*/s/ Matthew A. Blair*
Matthew A. Blair