THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ROCHE DIABETES CARE, LTD,**<br>Defendant. | CIVIL ACTION NO. 2:23-cv-585-JRG<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff files this Unopposed Motion for Entry of this Docket Control Order. The Parties have conferred and agreed upon this Docket Control Order. Therefore, Plaintiff respectfully requests that the Court approve and enter same, a copy of which is attached hereto.

Dated: June 20, 2024

Respectfully Submitted,

*/s/ Randall T. Garteiser*
Randall T. Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred and agreed to the Joint Proposed Order.

*/s/ Randall T. Garteiser*
Randall T. Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser