THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ROCHE DIABETES CARE, LTD,**<br>Defendant. | CIVIL ACTION NO. 2:23-cv-585-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff files this Unopposed Motion for Entry of this Protective Order. The Parties have conferred and agreed upon this Protective Order. Therefore, Plaintiff respectfully requests that the Court approve and enter same, a copy of which is attached hereto.

| | |
|---|---|
| Dated:  June 20, 2024 | Respectfully Submitted,<br><br>*/s/ Randall T. Garteiser*<br>Randall T. Garteiser<br>   Texas Bar No. 24038912<br>   rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br>Facsimile: (903) 405-3999<br><br>**COUNSEL FOR PLAINTIFF** |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred and agreed to the Joint Proposed Order.

*/s/ Randall T. Garteiser*
Randall T. Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser