# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>    **Defendant.** | **Lead Case No. 2:23-cv-00585-JRG-RSP** |
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>    **Defendant.** | **Consolidated Case No. 2:24-cv-046-JRG-RSP** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Display Technologies, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Wondershare Technology Group Co Ltd. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  July 17, 2024

                                                  Respectfully Submitted,

                                                  */s/ Randall Garteiser*
                                                  Randall Garteiser
                                                     Texas Bar No. 24038912
                                                     rgarteiser@ghiplaw.com
                                                  **GARTEISER HONEA, PLLC**
                                                   119 W. Ferguson Street
                                                   Tyler, Texas 75702
                                                   Telephone: (903) 705-7420

                                                   **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Notice, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Wednesday, July 17, 2024.

*/s/ Randall Garteiser*
Randall Garteiser