**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ROCHE DIABETES CARE, LTD.,**<br><br>    **Defendant.** | **Case No. 2:23-cv-00585-JRG-RSP**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Display Technologies, LLC ("Display Technologies") filed this action against Defendant Roche Diabetes Care Limited ("RDC Limited") on December 11, 2023;

NOW, THEREFORE, under Fed. R. Civ. P. 41(a)(1)(A)(ii), Display Technologies and RDC Limited hereby stipulate that Display Technologies' claims in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

1

| | |
|---|---|
| Dated: August 5, 2024 | Respectfully submitted, |
| By: */s/ Randall Garteiser* <br> Randall T. Garteiser <br> Texas Bar No. 24038912 <br> rgarteiser@ghiplaw.com <br> Christopher A. Honea <br> Texas Bar No. 24059967 <br> chonea@ghiplaw.com <br> M. Scott Fuller <br> Texas Bar No. 24036607 <br> rgarteiser@ghiplaw.com <br><br> GARTEISER HONEA, PLLC <br> 119 W. Ferguson Street <br> Tyler, Texas 75702 <br> Telephone: (903) 705-7420 <br> Facsimile: (903) 405-3999 <br><br> **COUNSEL OF PLAINTIFF** <br> **DISPLAY TECHNOLOGIES, LLC** | By: */s/ Aaron P. Pirouznia* <br> Terry J. Stalford <br> Texas Bar No. 24011686 <br> stalford@fr.com <br> Aaron P. Pirouznia <br> Texas Bar No. 24098958 <br> pirouznia@fr.com <br> Noel F. Chakkalakal <br> Texas Bar No. 24053676 <br> chakkalakal@fr.com <br> Alexander H. Martin <br> Texas Bar No. 24091828 <br> martin@fr.com <br> FISH & RICHARDSON P.C. <br> 1717 Main Street, Suite 5000 <br> Dallas, TX  75201 <br> Telephone: (214) 747-5070 <br><br> **COUNSEL FOR DEFENDANT** <br> **ROCHE DIABETES CARE, LIMITED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 5, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Aaron P. Pirouznia*
Aaron P. Pirouznia